The judgment is reversed, and appellant ordered discharged.

HAWKINS, J., absent.

## CARROLL v. STATE.
### No. 13848.

Court of Criminal Appeals of Texas.

Oct. 29, 1930.

M. E. Gates, of Huntsville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MARTIN, J.

Offense, the unlawful possession of intoxicating liquor for the purpose of sale; penalty, one year in the penitentiary.

The record is without any statement of facts or bill of exception, and presents nothing for review.

Affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the court.

HAWKINS, J., absent.

## DIERO v. STATE.
### No. 13859.

Court of Criminal Appeals of Texas.

Oct. 29, 1930.

L. M. Cox, of Huntsville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MARTIN, J.

Offense, the unlawful possession of intoxicating liquor for the purpose of sale; penalty, three years in the penitentiary.

The record is without any statement of facts or bill of exception, and presents nothing for review.

Affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the court.

HAWKINS, J., absent.